# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHERVIN BAHMANIPOUR,** an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>**TRANS UNION, LLC.,**<br><br>       Defendant. | Case No.: 16cv0054 JM(DHB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CIVIL CASE** |

Having considered the parities' Joint Motion to Dismiss (Doc. No. 15) and good cause having been shown:

**IT IS HEREBY ORDERED** that the Joint Motion is **GRANTED** and the above captioned action is dismissed in its entirety with prejudice.

**IT IS SO ORDERED**.

Date: April 4, 2016

JEFFERY T. MILLER
UNITED STATED DISTRICT JUDGE

PROOF OF SERVICE